B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Solterra Condominiums LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **71-0991747** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **4350 North 5th Avenue Phoenix, AZ 85013** ZIP CODE **85013-0000** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **14641 North 74th Street Scottsdale, AZ 85260** ZIP CODE **85260-0000** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box: Chapter 11 Debtors

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** *** Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com ***

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Debts**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Solterra Condominiums LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Solterra Condominiums LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\***<br>X _____<br>Signature of Attorney for Debtor(s)<br>**Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com**<br>Printed Name of Attorney for Debtor(s)<br>**Allen, Sala & Bayne, PLC**<br>Firm Name<br>**1850 N. Central Avenue, Suite 1150**<br>**Phoenix, AZ 85004**<br>Address<br>**602-256-6000 Fax:602-252-4712**<br>Telephone Number<br><br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X 5th Avenue Condominium Partners, LLC, Member of the Debtor<br>By 5th Avenue Ancala Group, LLC, Member<br>_____<br>By: Steven Ohlhausen<br>Printed Name of Authorized Individual<br>Its Manager<br>Title of Authorized Individual<br>3/31/11<br>Date | |

Solterra Condominiums LLC -

5TH AVENUE CONDOMINIUM PARTNERS, LLC
14641 NORTH 74TH STREET
SCOTTSDALE AZ 85260

AMIGO DISCOUNT CENTER, INC. DEF BEN PLAN
11950 NORTH 120TH STREET
SCOTTSDALE AZ 85259

APS
P.O. BOX 2906
PHOENIX AZ 85062-2906

BARLISH, VANESSA & KRISTEN
4350 NORTH 5TH AVENUE, #119
PHOENIX AZ 85013

BARQUERA, MARK
4350 NORTH 5TH AVENUE, #306
PHOENIX AZ 85013

CHAVEZ, CONNIE
4350 NORTH 5TH AVENUE, #308
PHOENIX AZ 85013

CRAIG T. IRISH, ESQ.
BRIER IRISH HUBBARD & ERHART PLC
2400 E. ARIZONA BILTMORE CIRCLE, #1300
PHOENIX AZ 85016-2115

DARRALL ROBBINS
12062 NORTH 120TH STREET
SCOTTSDALE AZ 85259

DEAN, MYRIETTA
4350 NORTH 5TH AVENUE, #106
PHOENIX AZ 85013

Solterra Condominiums LLC -

DELGADO, ALICIA
4350 NORTH 5TH AVENUE, #117
PHOENIX AZ 85013

DUNLAP, TIM & HANNAH
4350 NORTH 5TH AVENUE, #212
PHOENIX AZ 85013

EPT HOLDINGS, LTD.
5009 DONSDALE DRIVE NW
EDMONTON, AB T6M 2V2
CANADA

G. PERMAN REVOCABLE TRUST
4651 EAST CARON STREET
PHOENIX AZ 85028

GARCIA, XOCHITL & MORALES, JOE
4350 NORTH 5TH AVENUE, #312
PHOENIX AZ 85013

GUTIERREZ, LIZETH & FOULKES, NANCY
4350 NORTH 5TH AVENUE, #214
PHOENIX AZ 85013

HOLLY-HARRIS, KIVA
4350 NORTH 5TH AVENUE, #313
PHOENIX AZ 85013

JERRY & CECILE HENSLIN
12080 NORTH 118TH WAY
SCOTTSDALE AZ 85259

JUAREZ, ALEXA
4350 NORTH 5TH AVENUE, #211
PHOENIX AZ 85013

Solterra Condominiums LLC -

KELSEY, BRIAN
4350 NORTH 5TH AVENUE, #210
PHOENIX AZ 85013

KEY BANK
POST OFFICE BOX 94831
CLEVELAND OH 44101

KLEIN, LEISA & ALIXANDRIA
4350 N. 5TH AVENUE, #318
PHOENIX AZ 85013

LEON, HECTOR & GAUNA, GLEN
4350 NORTH 5TH AVENUE, #103
PHOENIX AZ 85013

MARICOPA COUNTY TREASURER
301 W. JEFFERSON, ROOM 100
PHOENIX AZ 85003-2199

MARLAIS, PIERRE & ZULEIMA
4350 NORTH 5TH AVENUE, #209
PHOENIX AZ 85013

MARTINEZ, LIBRADA
4350 NORTH 5TH AVENUE, #104
PHOENIX AZ 85013

NGUYEN, MATTHEW
4350 NORTH 5TH AVENUE, #112
PHOENIX AZ 85013

NORTH, COLEEN
4350 NORTH 5TH AVENUE, #107
PHOENIX AZ 85013

Solterra Condominiums LLC -

NTC % CO FBO RICHARD MULHOLLAND
POST OFFICE BOX 173859
DENVER CO 80217


OSORNO, JOAB
4350 NORTH 5TH AVENUE, #302
PHOENIX AZ 85013


OWENS, MELVIN
4350 NORTH 5TH AVENUE, #215
PHOENIX AZ 85013


PENA, YOLANDA
4350 NORTH 5TH AVENUE, #202
PHOENIX AZ 85013


POLING, MICHAEL & DIANA
4350 N. 5TH AVENUE, #108
PHOENIX AZ 85013


RAMIREZ, ABISAI
4350 NORTH 5TH AVENUE, #219
PHOENIX AZ 85013


REYES, ERICA
4350 NORTH 5TH AVENUE, #105
PHOENIX AZ 85013


ROBERTS, HEATHER
4350 N. 5TH AVENUE, #311
PHOENIX AZ 85013


RUSSELL KLEIN
14250 FOOTHILL LANE
GOLDEN CO 80401

Solterra Condominiums LLC -

SAENZ, FREDERICO & GUTIEREZ, MAURICIO
4350 NORTH 5TH AVENUE, #305
PHOENIX AZ 85013

SANDOVAL, FELICIA
4350 NORTH 5TH AVENUE, #202
PHOENIX AZ 85013

SANDOVAL, FELIPE
4350 NORTH 5TH AVENUE, #208
PHOENIX AZ 85013

SCHINDLER ELEVATOR
POST OFFICE BOX 93050
CHICAGO IL 60673

SEAN M. SABO, ESQ.
FENNEMORE CRAIG, P.C.
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX AZ 85012

SIGMON, MIKEL
4350 NORTH 5TH AVENUE, #114
PHOENIX AZ 85013

SMITH, RHONDA
4350 N. 5TH AVENUE, #113
PHOENIX AZ 85013

SOLANO, MIGUEL
4350 NORTH 5TH AVENUE, #110
PHOENIX AZ 85013

SOLTERRA ON FIFTH AVENUE CONDO ASSOC
14641 NORTH 74TH STREET
SCOTTSDALE AZ 85260

Solterra Condominiums LLC -

STATEN, LEE
4350 NORTH 5TH AVENUE, #216
PHOENIX AZ 85013

STEVEN OHLHAUSEN
14641 NORTH 74TH STREET
SCOTTSDALE AZ 85260

TAPIA, CARLOS & LOZANO, JORGE ARMANDO
4350 NORTH 5TH AVENUE, #302
PHOENIX AZ 85013

THOMAS, DENISE & MASSARD, CHALAIS
4350 NORTH 5TH AVENUE, #314
PHOENIX AZ 85013

UNELKO INVESTMENTS III
14641 NORTH 74TH STREET
SCOTTSDALE AZ 85260

URENA, LETICIA & JOLLY, IAN
4350 NORTH 5TH AVENUE, #118
PHOENIX AZ 85013

VREMA, LETTY & DUENAS, RUBY
4350 NORTH 5TH AVENUE, #203
PHOENIX AZ 85013

WENDEBORN, LEE
4350 NORTH 5TH AVENUE, #218
PHOENIX AZ 85013

XCEED PROPERTY MAINTENANCE
12732 NORTH 116TH STREET
SCOTTSDALE AZ 85259